UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, ET AL., | 2:08-CV-02216-SRT |
| Plaintiffs, | **ORDER DISMISSING COMPLAINT AND GRANTING LEAVE TO AMEND** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS REHABILITATION, ET AL., | |
| Defendants. | |
| _____/ | |

Plaintiffs, state prisoners proceeding *pro se*, have filed a civil rights complaint seeking civil damages and injunctive relief for alleged abuses committed by staff at the Salinas Valley State Prison.

While the complaint appears to make allegations that could possibly "state a claim upon which relief may be granted," 28 U.S.C. § 1915A(b)(2), the writing is difficult to read and much of the complaint is illegible. The complaint must clearly include "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a)(2), and "a demand for the relief sought." Fed. R. Civ. P. 8(a)(3). At this point, however, due to the lack of spacing between

lines and words, it is impossible to determine whether plaintiffs have satisfied the requirements of Rule 8.

Accordingly, plaintiffs' action is dismissed with leave to file an amended complaint within thirty days of the date of this order. Plaintiffs should use larger and more frequent spacing, and attach additional sheets of paper if necessary when filing the amended complaint so that this Court can evaluate the claims. Failure to file an amended complaint within thirty days will result in dismissal of the action with prejudice.

IT IS SO ORDERED.

DATED: February 24, 2009

        /s/ Sidney R. Thomas
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation