1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Moody Woodrow Tanksley, et. al.,              No. 2:08-CV-02216-SRT

12                    Plaintiffs,

13    vs.                                           ORDER

14

15    California Department of Corrections.
      et. al.,
16
                      Defendants.
17
      _____/
18
              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
19
      to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
20
      U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
21
      plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified
22
      copy of his prison trust account statement for the six month period immediately preceding the
23
      filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to
24
      submit a completed in forma pauperis application and a certified copy in support of his
25
      application.
26

1

PDF created with pdfFactory trial version www.pdffactory.com

1  /////

2  /////

3  /////

4    In accordance with the above, IT IS HEREBY ORDERED that:

5    1.  Within thirty days from the date of this order, plaintiff shall complete the

6  attached Notice of Submission and submit the following documents to the court:

7    a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

8  and

9    b.  a certified copy of plaintiff's prison trust account statement for the six

10  month period immediately preceding the filing of the complaint.

11    2.  The Clerk of the Court is directed to send plaintiff a new Application to

12  Proceed In Forma Pauperis By a Prisoner; and

13    3.  Plaintiff's failure to comply with this order will result in a recommendation that

14  this action be dismissed without prejudice.

15

16  IT IS SO ORDERED.

17  DATED: April 3, 2009

        __/s/Sidney R. Thomas_____
18      Sidney R. Thomas, United States Circuit Judge
        Sitting by Designation

19

20

21

22

23

24

25

26

2

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                  Plaintiff,                     No. 2:#cv-

12              vs.

13                                                 NOTICE OF SUBMISSION

14              Defendants.

15   _____/

16              Plaintiff hereby submits the following document in compliance with the court's

17   order filed _____:

18                    _____      Complete Application to Proceed In Forma Pauperis
                                          By a Prisoner/Certified Copy of Prison Trust
19   Account                                      Statement

20   DATED:

21

22                                                 _____

23                                                 Plaintiff

24

25

26

3