1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Moody Woodrow Tanksley, et. al.,          No. 2:08-CV-02216-SRT

12                 Plaintiffs,

13   vs.                                       ORDER

14

15   California Department of Corrections,
     et. al.,
16
                  Defendants.
17
     _____/
18
             Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
19
     to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
20
     U.S.C. § 1915. However, plaintiff has failed to comply with the Order filed April 3, 2009, and the
21
     certificate portion of the request which must be completed by plaintiff's institution of
22
     incarceration has not been filled out. The certificate portion is located at the bottom of the second
23
     page on the Application to Proceed In Forma Pauperis by a Prisoner form. That portion *must* be
24
     filled out by the institution of incarceration or the application cannot be granted and the action
25
     will be dismissed with prejudice. Plaintiff must therefore ensure that the certificate portion is filled
26

                                                     1

out when he files his application. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff must file a certified copy of his prison trust account statement or his application to proceed in forma pauperis will not be granted. Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in this action being dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 20, 2009 /s/ Sidney R. Thomas

_____
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10             Plaintiff,                    No. 2:#cv-

11        vs.

12                                           NOTICE OF SUBMISSION

13        Defendants.                        _____

14   _____/

15        Plaintiff hereby submits the following document in compliance with the court's

16   order filed                    :

17        _____         Complete Application to Proceed In Forma Pauperis
                                  By a Prisoner/Certified Copy of Prison Trust
18   Account                                      Statement

19   DATED:

20

21

22                                           Plaintiff
                                             _____
23

24

25                                3

26