IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moody Woodrow Tanksley, | No. 2:08-CV-02216-SRT |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| California Department of Corrections, et. al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed June 3, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, 9 USM-285 forms and 9 copies of his complaint which are required to effect service on the defendants. On June 11, 2009, plaintiff submitted 7 USM-285 forms, and 7 copies of his complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint

1

submitted by plaintiff on June 1, 2009; and

    2. Within thirty days, plaintiff shall submit to the court the 9 copies of the USM-285 forms and 9 copies of his complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: June 16, 2009

                              __/s/Sidney R. Thomas_____
                              Sidney R. Thomas, United States Circuit Judge
                              Sitting by Designation