IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moody Woodrow Tanksley, | No. 2:08-CV-02216-SRT |
| Plaintiff, | |
| vs. | ORDER |
| California Department of Corrections, et. al., | |
| Defendants. | |

A recent court order was served on plaintiff's address of record and returned by the postal service. Plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona keep the Court apprised of any address change.

Accordingly, it is hereby ordered that this action be dismissed without prejudice for failure to prosecute. *See* Local Rules 183(b).

1

1 | IT IS SO ORDERED.

2 | DATED: July 1, 2010

/s/ Sidney R. Thomas
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation