IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moody Woodrow Tanksley, | No. 2:08-CV-02216-SRT |
| Plaintiff, | |
| vs. | ORDER |
| California Department of Corrections, et. al., | |
| Defendants. | |

This case was dismissed without prejudice due to Plaintiff's failure to keep the Court apprised of his current address, in violation of Local Rule 183(b). It has

now come to the Court's attention that Plaintiff did list his updated address on a previous request for a status report filed with the Court.  Thus, the judgment dismissing this case is VACATED and the case shall be re-opened for further proceedings.

The Clerk of Court is directed to update Plaintiff's address as it is listed on his request for a status report.  The Clerk of Court shall also serve Plaintiff with the orders that he has not received.

IT IS SO ORDERED.

DATED: July 7, 2010

                                           /s/ Sidney R. Thomas

                                        Sidney R. Thomas, United States Circuit Judge
                                        Sitting by Designation