IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moody Woodrow Tanksley, | No. 2:08-CV-02216-SRT |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| California Department of Corrections, et. al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On August 4, 2009, the court ordered the United States Marshal to serve the amended complaint on defendants. Process directed to defendant Warden of Salinas Prison was returned unserved because "not enough information [was] provided to serve." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

1

1 along with an instruction sheet and a copy of the amended complaint filed June 1, 2009;

2     2. Within sixty days from the date of this order, plaintiff shall complete and
3 submit the attached Notice of Submission of Documents to the court, with the following
4 documents:

5     a. One completed USM-285 form for the specified defendant;
6     b. Two copies of the amended complaint filed June 1, 2009; and
7     c. One completed summons form (if not previously provided)
8 or show good cause why he cannot provide such information.

9 IT IS SO ORDERED.

10 DATED: July 8, 2010.

13           /s/ Sidney R. Thomas
14           Sidney R. Thomas, United States Circuit Judge
           Sitting by Designation

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

      Plaintiff,                              No. CIV 2:08-CV-02216-SRT

  vs.

                                            NOTICE OF SUBMISSION

      Defendants.                      OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                                Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff