IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Moody Woodrow Tanksley, et. al.,     No. 2:08-CV-02216-SRT
      Plaintiff,

vs.     <u>ORDER</u>

California Department of Corrections,
et. al.,

      Defendants.
_____/

Plaintiff Moody Woodrow Tanksley's motion not to answer interrogatories is DENIED. The court does not except pro se litigants, or litigants who lack a formal education, from its usual discovery procedures. Plaintiff Tanksley shall timely respond to the defendants' interrogatories or, if he has an objection to any interrogatory, shall file his objection in accordance with Local Rule 250.2.

IT IS SO ORDERED.

DATED: August 24, 2010

                                          /s/ Sidney R. Thomas
_____
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation