IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moody Woodrow Tanksley, | No. 2:08-CV-02216-SRT |
| Plaintiff, | |
| vs. | ORDER |
| California Department of Corrections, et. al., | |
| Defendants. | |

On November 12, 2010, defendants R. Roberson, J. Marisoal, R. Boccella, R. Grounds, A. Williams, E. Parsons, and W. Muniz (hereinafter "Defendants") filed an Ex Parte Application for a Request to Extend Time to File a Motion to Compel and/or a Motion to Dismiss for Discovery Sanctions as to Plaintiff Moody Woodrow Tanksley. Defendants allege that Plaintiff was uncooperative during the deposition administered by Jonathan B. Paul on November 12, 2010 at Atascadero State Hospital.

By order filed July 9, 2010, this court set November 12, 2010 as the deadline for filing any motions to compel discovery. As such, Defendants now seek an additional twenty-one

1

1  days to file a motion to compel Plaintiff's deposition and to file a motion to dismiss for
2  discovery sanctions in light of the partial deposition.
3        Because the facts giving rise to the motion to compel were not evident until the
4  November 12, 2010 partial deposition, IT IS HEREBY ORDERED that:
5        1.    Defendants may file a motion to compel Plaintiff's deposition until
6  December 10, 2010.
7        2.    All pretrial motions, except motions to compel discovery, shall be filed on
8  or before January 14, 2011.  Motions shall be briefed in accordance with paragraph 8 of this
9  court's order filed August 4, 2009.
10       3. Pretrial conference and trial dates will be set, as appropriate, following
11 adjudication of any dispositive motion, or the expiration of time for filing such a motion.

14 DATED: November 19, 2010

15       /s/ Sidney R. Thomas
16       Sidney R. Thomas, United States Circuit Judge
      Sitting by Designation